THE MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK and Another, Appellants, v. THE MERCHANTS NATIONAL BANK OF THE CITY OF

BUFFALO, Respondent.— Judgment affirmed, with costs, upon the authority of *Barker* v. *Liberty National Bank of Jamestown* (213 App. Div. 846; affd., 240 N. Y. 688.) All concur, except Crouch, J., who dissents and votes for reversal on the law and facts and for granting judgment in favor of the plaintiff. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.